UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEHAVIOUR INTERACTIVE INC.,                :
                                           :
        Plaintiff,                         :   **NOTICE OF VOLUNTARY**
                                           :   **DISMISSAL PURSUANT TO F.R.C.P.**
    -against-                                 :   **41(a)(1)(A)(i)**
                                           :
MLB ADVANCED MEDIA, LP,                    :   Case No. 14-CV-8797 (CM)
                                           :
        Defendant.                         :
                                           :
------------------------------------------------------------X

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Behaviour Interactive Inc. and its counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant MLB Advanced Media, L.P.

Dated: January 8, 2015
       New York, New York

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _/s/ Toby Butterfield_____
    Toby M.J. Butterfield
    Andrew D. Jacobs

488 Madison Avenue, 10th Floor
New York, New York 10022
Phone: (212) 980-0120
Fax: (212) 593-9175
tbutterfield@fkks.com
ajacobs@fkks.com
*Attorneys for Behaviour Interactive, Inc.*