McMahon, C.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BEHAVIOUR INTERACTIVE INC.,

      Plaintiff,

      -against-

MLB ADVANCED MEDIA, LP,

      Defendant.

-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/15
```

Case No. 14-CV-8797 (CM)

**STIPULATION**

WHEREAS, plaintiff Behaviour Interactive Inc. ("Behaviour") commenced this action for breach of contract and unjust enrichment against defendant MLB Advanced Media, LP ("MLBAM") on October 31, 2014;

WHEREAS, on December 10, 2014, MLBAM informed Behaviour of its belief that because of the identity of certain partners of Defendant, diversity jurisdiction is lacking under 28 U.S.C. § 1332 and has more recently provided documentation and a sworn declaration substantiating MLBAM's belief;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, between the undersigned, being counsel to Behaviour and MLBAM (each a "Party;" collectively, the "Parties") in the above-captioned litigation, as follows:

1.      The Parties agree that Behaviour will submit a notice of voluntary dismissal without prejudice in this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), contemporaneously with the filing of this Stipulation.

2.      The Parties further agree that Behaviour will refile the complaint in this action in the Supreme Court of the State of New York, New York County ("State Court"), amending the complaint only insofar as necessary to make the complaint suitable for such filing, including by

amending allegations regarding jurisdiction and venue, amending the date of filing, and
amending the caption to reflect the State Court forum.

3.    The Parties further agree that upon Behaviour's refiling of the complaint in the
State Court, MLBAM will not file a motion to dismiss the complaint under CPLR § 3211.
Rather, MLBAM will respond to Behaviour's State Court complaint by filing an answer, which
it will serve within the time allotted in CPLR § 3012.

4.    The Parties further agree that Goldman Ismail Tomaselli Brennan & Baum LLP is
authorized to accept service of process in the State Court action on behalf of MLBAM.

5.    The Parties further agree that Behaviour will seek to file the complaint in State
Court under seal.

6.    The Parties' rights and defenses with respect to the claims asserted in this action
are otherwise preserved in all respects.

7.    This Stipulation may be executed in counterparts transmitted electronically or by
facsimile, and in such event each transmitted counterpart shall be deemed an original.

8.    Nothing in this Stipulation shall prevent the Parties from subsequently agreeing to
any modification of this Stipulation.  Any such modification shall be in writing and signed by
both Parties or their respective counsel.

STIPULATED AND AGREED TO:

Dated: New York, New York
      January 8, 2015

**FRANKFURT KURNIT KLEIN & SELZ PC**

By: _____
    Toby M.J. Butterfield
    Andrew D. Jacobs
488 Madison Avenue
New York, NY 10022
Tel: 212-980-0120
Fax: 212-593-9175
*Attorneys for Plaintiff Behaviour Interactive Inc.*

**GOLDMAN ISMÁIL TOMASELLI BRENNAN & BAUM LLP**

By: _____
    Alan E. Littmann
564 West Randolph Street, Ste. 400
Chicago, IL 60661
Tel: 312-881-5969
Fax: 312-881-5961

*Attorneys for Defendant MLB Advanced Media, L.P.*

**SO ORDERED:**

_____
    **U.S.D.J.**

1/9/2015

3